UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | CASE NO. 11 B 46343 |
|---|---|
|  | CHAPTER 13 |
| YORDI RAMIRO |  |
| CLAUDIA NAJERA RAMIRO | JUDGE JANET S BAER |
|  |  |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** WILMINGTON SAVINGS FUND SOCIETY

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
|  | 29 | XXXXXX8500 | $0.00 | $16,000.00 | $16,000.00 |
| Total Amount Paid by Trustee |  |  |  |  | $16,000.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 11-46343-JSB

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 4th day of January, 2017.

Debtor:
YORDI RAMIRO
CLAUDIA NAJERA RAMIRO
631 WEIDNER RD
BUFFALO GROVE, IL 60089

Attorney:
CHAD M HAYWARD
50 S MAIN #200
NAPERVILLE, IL 60540
via Clerk's ECF noticing procedures

Creditor:
WILMINGTON SAVINGS FUND SOCIETY
% BSI FINANCIAL SERVICES
PO BOX 679002
DALLAS, TX 75267

Mortgage Creditor:
BMO HARRIS BANK
% EHRENBERG & EGAN LLC
321 N CLARK #1430
CHICAGO, IL 60654

Mortgage Creditor:
WEINSTEIN & RILEY
653 N KINGSBURY ST #1501
CHICAGO, IL 60654

Creditor:
BMO HARRIS
PO BOX 6201 AUTO LNS
CAROL STREAM, IL 60197-6201

ELECTRONIC SERVICE - United States Trustee

Date: January 04, 2017

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603